# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

CLYDE R. JOSEPH

NO. 2023 KW 0700

**SEPTEMBER 25, 2023**

---

In Re:     Clyde R. Joseph, applying for supervisory writs, 18th
           Judicial District Court, Parish of Iberville, No.
           214196.

---

**BEFORE:     GUIDRY, C.J., CHUTZ AND LANIER, JJ.**

   **WRIT DENIED ON THE SHOWING MADE.** Relator failed to include
a file-stamped copy of the motion to correct an illegal
sentence, the district court's ruling on the motion, the bill of
information, commitment order, pertinent district court minutes,
and any other portion of the district court record which would
support the claims raised in the writ application.
Supplementation of this writ application and/or an application
for rehearing will not be considered. See Uniform Rules of
Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. In the event
relator elects to file a new application with this court, he may
do so without the necessity of obtaining a return date. Any
future filing on this issue should include the entire contents
of this application, the missing items noted above, and a copy
of this ruling.

                          **JMG**
                          **WRC**
                          **WIL**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
      FOR THE COURT